UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | @ 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, January 10, 2019** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the **Honorable Pamela S. Hollis** or any other Judge sitting in her stead, in **Courtroom 644**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

                                          Norman B. Newman, Trustee for the bankruptcy estate
                                          of Kevin T. Eck,

                                          By:  /s/Norman B. Newman
                                                One of His Attorneys

Norman B. Newman, ARDC No. 2045427
Jeffrey L. Gansberg, ARDC No. 0624293
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

     Norman B. Newman, an attorney, hereby certifies that on December 12, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

                                            /s/Norman B. Newman

9275694_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | at 10:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period February 27, 2018 through October 31, 2018. In support of this application, Much Shelist states as follows:

1. On December 21, 2016, the Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code.

2. On March 23, 2018, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services. Much Shelist is not seeking compensation for the services identified on Exhibit "A" as part of this Application. Mr. Newman is filing a separate Application for Trustee Compensation.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

9275694_1

case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.

4. Much Shelist is entitled to receive final compensation in the amount of $5,189.50 plus reimbursement of expenses in the amount of $21.00 for services rendered during the period of February 27, 2018 through October 31, 2018.

5. Much Shelist provided 8.30 hours of services on behalf of the Trustee during the time period covered by this application.

6. The following is a summary of time expended, by individual, during the time period covered by this application. The summary below references their rates during the applicable time period.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman (01/01/17 to Present) | 7.00 hrs. | $655.00/hr. | $4,585.00 |
| Jeffrey L. Gansberg (01/01/18 to Present) | 1.30 hrs. | $465.00/hr. | 604.50 |
|  |  |  |  |
| **TOTAL**: | **8.30 hrs.** |  | **$5,189.50** |

7. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate. As more fully detailed in

2

9275694_1

the statement of services attached hereto as Exhibit "B", Much Shelist provided services with respect to the following matters:

A.  **General Administration (Tab No. 1):** Much Shelist provided 1.60 hours of general administrative services to the Trustee. The Debtor appeared at a Section 341 meeting on January 19, 2017. Based on Debtor's testimony, the Trustee filed a Report of No Assets. Subsequently, the Trustee was contacted by an attorney representing the Debtor and his investment partner in the sale of a condominium located at 3266 N. Clark, Unit F-2, Chicago, Illinois. in which the Debtor held a 50% joint ownership interest. Counsel reviewed sale and closing documents relating to the condominium. Despite the fact that it initially appeared that the Debtor had no equity in the condominium, the Trustee received approximately $30,000 as a result of the sale. Time was also spent communicating with counsel for the Debtor regarding the Debtor's claiming his wild card exemption. Counsel prepared and attended a hearing on a motion for authority to pay Debtor's claimed exemption.

The individual who provided services in connection with the General Administration and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.20 hrs. | $655.00/hr. | $786.00 |
| Jeffrey L. Gansberg | .40 hrs. | $465.00/hr. | $186.00 |
|  |  |  |  |
| **Total:** | **1.60 hrs.** |  | **$972.00** |

B.  **Retention of Professionals (Tab No. 2):** Much Shelist expended 1.70 hours in connection with the retention of professionals. Much Shelist expended time on the preparation of pleadings and appearances in Court on the Trustee's Motion to Employ Attorneys and the Trustee's Motion to Employ Accountants. Much Shelist attorneys communicated with the Trustee's accountant with respect to the preparation of its engagement letter and affidavit.

3

9275694_1

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $655.00/hr. | $524.00 |
| Jeffrey L. Gansberg | .90 hrs. | $465.00/hr. | $418.50 |
|  |  |  |  |
| **TOTAL** | **1.70 hrs.** |  | **$942.50** |

C.      **Tax Issues (Tab No 3.):**  A total of 3.90 hour of time was spent by Norman B. Newman communicating with the Trustee's accountant and the Debtor's attorney regarding tax consequences from the sale of the Debtor's condominium and the tax returns to be prepared and filed.  Time was also spent reviewing and transmitting federal and state tax returns.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 4.10 hrs. | $655.00/hr. | $2,685.50 |
|  |  |  |  |
| **TOTAL** | **4.10 hrs.** |  | **$2,685.50** |

D.      **Fee Matters (Tab No. 4):**  Much Shelist expended a total of .90 hours of time dealing with the preparation of Much Shelist's and the Trustee's Accountant's final fee **(waiting to see final invoice amount for accountant)** applications.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .90 hrs. | $655.00/hr. | $589.50 |
|  |  |  |  |
| **TOTAL** | **.90 hrs.** |  | **$589.50** |

9.      During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $21.00.  Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses.  The charge for photocopies is 10¢ per page.  Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing.  Much Shelist asserts that

4

these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

10. The services provided by Much Shelist has resulted in a benefit to the Bankruptcy Estate and its creditors. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $5,189.50 plus reimbursement of out-of-pocket expenses in the amount of $21.00 for services rendered during the period February 27, 2018 through October 31, 2018.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist, P.C.**

By: /s/Norman B. Newman
 One of Its Attorneys

Norman B. Newman, ARDC No. 2045427
Jeffrey L. Gansberg ARDC No. 06242943
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | @ 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant: Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: March 23, 2018

Period for which compensation is sought: February 27, 2018 through October 31, 2018

Amount of fees sought: $5,189.50

Amount of expense reimbursement sought: $21.00

Retainer previously received: $0.00

This is a(n):   Interim Application __    Final Application X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 12/12/18                                   **MUCH SHELIST, P.C.**

                                                  By: /s/Jeffrey L. Gansberg

6

9275694_1