UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | @ 10:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that **Thursday, January 10, 2019** at **10:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's for Authorization to Pay Compensation to Trustee's Accountants,** a copy of which is hereby served upon you.

By: /s/Norman B. Newman
    Trustee for the bankruptcy estate of Kevin T. Eck

Norman B. Newman ARDC No. 02045427
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 12, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

9362508_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | @ 10:30 a.m. |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL
COMPENSATION TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Miller Cooper & Co., Ltd., ("Miller Cooper") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. In support of his motion, the Trustee respectfully states as follows:

1. On December 21, 2016 (the "Debtor"), filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On May 31, 2018, this Court entered an Order authorizing the Trustee to employ Miller Cooper as accountants for the Trustee.

3. Based on the time value of the services rendered, Miller Cooper is entitled to receive final compensation in the amount of $1,506.20 for services rendered on behalf of the Trustee.

4. Other than is permitted under Section 504 of the Bankruptcy Code, Miller Cooper has no agreement with any other person or firm with regard to its compensation in this case.

5. At all times relevant hereto, Miller Cooper provided accounting services in the most efficient and cost effective manner.

9362508_1

6.      Miller Cooper expended 2.8 hours of services assisting the Trustee in the preparation of the Debtor's bankruptcy estate's final federal and state tax income returns for the year ending December 31, 2017.  A statement of services rendered for this task is attached hereto as Exhibit "A".  The individuals involved in this activity and the time expended by them are as follows:

| Accountant | Hours Expended | Hourly Rate | Total |
|---|---|---|---|
| Joel Polakow | 2.80 hrs. | $537.92/hr. | $1,506.20 |
| | | | |
| **Total:** | **2.80 hrs.** | | **$1,506.20** |

7.      The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code.

8.      The services rendered by Miller Cooper provided a benefit to the Trustee and to the creditors of this estate.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

1.      Awarding Miller Cooper final compensation in the amount of $1,506.20 for services rendered as a Chapter 7 expense of administration of this estate;

2. Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,

/s/Norman B. Newman
Trustee for the bankruptcy estate of John T. Li

Norman B. Newman ARDC No. 02045427
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant: Miller Cooper & Co., Ltd.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: 5/31/18

Period for which compensation is sought: 9/20/18 thru 11/15/18

Amount of fees sought: $1,506.20

Amount of expense reimbursement sought: $0.00

Retainer previously received: $0.00

This is a(n):        Interim Application ___        Final Application X
Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
|  |  |  |  |  |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 12/12/18                              **Miller Cooper & Co., Ltd.**

By: /s/Norman B. Newman
Attorney for Trustee for the bankruptcy estate of
Kevin T. Eck

9362508_1