UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 16-40082 |
| KEVIN T. ECK, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: Thursday, January 10, 2019 |
| Debtor. | ) | @ 10:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 12, 2018, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed below by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Comdata Inc.
5301 Maryland Way
Brentwood, IL 37027

Internal Revenue
P.O. Box 7346
Philadelphia, PA 19101-7346

Patrick Randolph
1011 W. Hillside Drive
Bensenville, IL 60106

Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Kevin T. Eck
1212 N. Wells Street, Apt. 1302
Chicago, IL 60610

Mark L. Radtke
Shaw Fishman Glantz & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

/s/ Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

9425365_1